# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Craig Cunningham,<br>Plaintiff, Pro Se<br><br>v.<br><br>Ocwen Financial, Ocwen Loan Servicing,<br>Litton Loan Servicing, Dinah Watson<br>Equifax, Trans Union, Innovis Experian,<br>John/Jane Doe-1-10,<br><br>Defendants | No: 3:12-CV-00440 |

## ORDER TO DISMISS WITH PREJUDICE

Plaintiff Craig Cunningham and Defendants Ocwen Loan Servicing, LLC, Ocwen Financial, and Litton Loan Servicing, LP have reached settlement in this matter and stipulate that all claims should be Dismissed with Prejudice and that each party shall bear its own costs and attorney fees.

THEREFORE, IT IS ORDERED that this suit is DISMISSED WITH PREJUDICE in its entirety. It is further ORDERED that each party shall bear its own costs and fees.

_____
U.S. District Judge Aleta A. Trauger

11/3/2014
Date